## CHICAGO, BURLINGTON AND QUINCY RAILWAY COMPANY *v.* GRAY.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF IOWA.

No. 876.   Submitted March 11, 1889. — Decided March 18, 1889.

Since the act of March 3, 1887, 24 Stat. 552, c. 373, took effect, no appeal or writ of error lies to this court from a decision of a Circuit Court remanding a cause to a state court which had been removed from it, although the order remanding it was made before that act took effect.

MOTION TO DISMISS for want of jurisdiction.

*Mr. John F. Lacey* for the motion.

There is only one point involved in this motion. The plaintiff in error caused the removal of the cause from the District Court of Iowa to the United States Circuit Court.

The defendant in error moved to remand the cause to the state court. This motion was submitted before Justice Miller and Judge Lorr and the motion sustained. The cause was removed and also remanded prior to the act of March 3d, 1887, but the writ of error was not sued out until after the passage of that act. It follows that when the right to sue out a writ of error in a cause that had been remanded was cut off by the statute, there being no reservation in relation to any past orders the jurisdiction was cut off, and so writ of error will not lie.

No one opposing.

PER CURIAM : This case is dismissed for want of jurisdiction.
*Dismissed.*